UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AARON JONES,** *et al.*, | : |
|     **Plaintiffs,** | : |
| | : |
| v. | :    No. 24-cv-6661 |
| | : |
| **GEORGE LITTLE,** *et al.* | : |
|     **Defendants.** | : |

## O R D E R

**AND NOW**, this 19th day of December, 2024, upon consideration of Aaron Jones's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 3), *pro se* Complaint (ECF No. 2), Motion for Preliminary Relief (ECF No. 4), and Motion to Appoint Counsel (ECF No. 5), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    Aaron Jones, #BL-0480, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Phoenix or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Jones's inmate account; or (b) the average monthly balance in Jones's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent of SCI Phoenix or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Jones's inmate trust fund account exceeds $10.00, the Superintendent of SCI Phoenix or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding

month's income credited to Jones's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Phoenix.

4. The Complaint is **DEEMED** filed.

5. Anthony Reid is **DISMISSED** as a plaintiff in this case.  The Clerk of Court is **DIRECTED** to **TERMINATE** Anthony Reid as a plaintiff on the docket.

6. Jones's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

7. The Motion for Preliminary Relief (ECF No. 4), and Motion to Appoint Counsel (ECF No. 5) are **DENIED**.

8. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*

**JOSEPH F. LEESON, JR.**
**United States District Judge**